ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: July 28, 2005  
START: 2:10 PM  
END: 2:20pm

DOCKET NO: 04-CV-3986 (ERK)

CASE: Rothberg v. Blue Ridge Farms

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
✓ OTHER/ORDER TO SHOW CAUSE — tape-recorded  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

Oral Report & Recommendation

FOR PLAINTIFF: Stephen Falanga

FOR DEFENDANT: Barry Fertel  
w/ client: Ray Shain – (VP Aloe Foods)

___ DISCOVERY TO BE COMPLETED BY

___ NEXT CONFERENCE SCHEDULED FOR

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Defendant has decided not to continue to defend this action and therefore does not oppose plaintiff's request to strike defendant's answer and enter a default judgment in the amount of $800,000 plus interest against defendant. Accordingly, it is the recommendation of this Court that defendant's answer be stricken and a default judgment entered against defendant. Any objection to this...

Order

The recommendation of the U.S. magistrate judge is adopted.

S/E.R. Korman 8/3/05

Report and Recommendation must be filed with Judge Korman by 7/29/05. Failure to file a timely objection will constitute a waiver of any right to appeal from the judgment.

Plaintiff intends to file a letter with Judge Korman next week, via ECF, containing her calculation of the interest due on the $800,000 principle amount owed.